**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr. (CA Bar Assn. No. 155133)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: tgriffin@hsmlaw.com

Attorneys for Defendant
Trojan Professional Services, Inc.

**INTHE UNITED STATES DISTRICT COURT**

**NORTHER DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEWEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; DESIGNED RECEIVABLE SOLUTIONS, INC.; REGIONAL ACCEPTANCE CORPORATION; TROJAN PROFESSIONAL SERVICES, INC.; RASH CURTIS & ASSOCIATES; et al.<br><br>Defendants. | Case No. 5:15-CV-04623 BLF<br><br>**STIPULATION CONCERNING RESPONSIVE PLEADING AND ORDER THEREON**<br><br>Complaint Filed: October 8, 2015 |

Plaintiff Jewel Williams ("Plaintiff") and Defendant Trojan Professional Service, Inc. ("Trojan"), by and through counsel, hereby stipulate that Trojan, which was served with the summons and complaint in this matter on November 6, 2015, shall have until

///

///

///

///

///

///

Williams v. Experian Information Solutions, Inc., et al. 1 Stipulation and Order re Response
Case No.5:15-CV-04623 BLF K:\Trojan Professional Services Inc\Williams v Trojan (7531-0006)\pldg stip re response.wpd

HEFNER, STARK & MAROIS, LLP
Sacramento, California

December 14, 2015, to file a responsive pleading to Plaintiff's complaint.

Dated: December 4, 2015

HEFNER, STARK & MAROIS, LLP

By [signature]
Thomas P. Griffin, Jr.,
Attorneys for Defendant
Trojan Professional Services, Inc.

Dated: December 4, 2015

SAGARIA LAW, P.C.

By: [signature]
Elliot W. Gale
Attorneys for Plaintiff
Jewel Williams

**ORDER APPROVING STIPULATION CONCERNING FILING OF RESPONSIVE PLEADING**

The above stipulation is approved and Trojan shall have until December 14, 2015, to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: ______________

Honorable Beth Labson Freeman
United States District Court Judge

HEFNER, STARK & MAROIS, LLP
Sacramento, California

Williams v. Experian Information Solutions, Inc., et al.
Case No.5:15-CV-04623 HRL

2

Stipulation and Order re Response
K:\Trojan Professional Services Inc\Williams v Trojan (7531-0006)\pldg stip re response.wpd

**Court:** United States District Court, Central District of California
**Case No.:** 5:15-CV-04623-HRL
**Case Name:** Williams v. Experian Information Solutions, Inc., et al.

## PROOF OF SERVICE

I am a citizen of the United States, employed in the city and county of Sacramento. My business address is 2150 River Plaza Drive, Suite 450, Sacramento, California 95833-3883. I am over the age of 18 years and not a party to the above-entitled action. I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On December 4, 2015, I served the following document:

**STIPULATION CONCERNING RESPONSIVE PLEADING AND ORDER THEREON**

X **By Mail** on the interested party in the case above-referenced, by placing a true copy of the above-referenced document(s) enclosed in a sealed envelope, with postage fully prepaid, in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a U.S. mailbox in the city of Sacramento, California, after the close of the day's business at the address(es) as set forth below.

Elliot Wayne Gale
Scott Joseph Sagaria
Joseph Brian Angelo
Scott Matthew Johnson
Sagaria Law, P.C.
2033 Gateway Place, 5th Fl.
San Jose, CA 95110

*Counsel for Plaintiff Jewell Williams*

Katherine Elisabeth Carlton Robinson
Schuckit Associates PC
4545 Northwestern Drive
Zionsville, IN 46077

*Counsel for Defendant TransUnion, LLC*

Lauren E. Tate
Tate & Associates
1321 Eighth St., Suite 4
Berkeley, CA 94710

*Co-Counsel for Defendant TransUnion, LLC*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on December 4, 2015, at Sacramento, California.

Lachmin Singh

Heffner, Stark & Marois, LLP
Sacramento, CA