**HEFNER, STARK & MAROIS, LLP**
Thomas P. Griffin, Jr. (CA Bar Assn. No. 155133)
2150 River Plaza Drive, Suite 450
Sacramento, CA 95833-3883
Telephone: (916) 925-6620
Fax No: (916) 925-1127
Email: tgriffin@hsmlaw.com

Attorneys for Defendant
Trojan Professional Services, Inc.

# IN THE UNITED STATES DISTRICT COURT
## NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEWEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; DESIGNED RECEIVABLE SOLUTIONS, INC.; REGIONAL ACCEPTANCE CORPORATION; TROJAN PROFESSIONAL SERVICES, INC.; RASH CURTIS & ASSOCIATES; et al.<br><br>Defendants. | Case No. 5:15-CV-04623 BLF<br><br>**STIPULATION CONCERNING RESPONSIVE PLEADING AND ORDER THEREON**<br><br><br>Complaint Filed: October 8, 2015 |

Plaintiff Jewel Williams ("Plaintiff") and Defendant Trojan Professional Service, Inc. ("Trojan"), by and through counsel, hereby stipulate that Trojan, which was has been served with the summons and complaint, shall have until March 31, 2016, to file a responsive pleading to Plaintiff's complaint.

Dated: February 11, 2016

HEFNER, STARK & MAROIS, LLP

By: _Thomas P. Griffin_
Thomas P. Griffin, Jr.,
Attorneys for Defendant Trojan
Professional Services, Inc.

Dated: February 11, 2016

SAGARIA LAW, P.C.

By: _[signature]_
Elliot W. Gale
Attorneys for Plaintiff Jewel Williams

Williams v. Experian Information Solutions, Inc., et al.    1    Stipulation and Order re Response
Case No.5:15-CV-04623 BLF
K:\Trojan Professional Services Inc\Williams v Trojan (7531-0006)\pldg slip re response (second).wpd

## ORDER APPROVING STIPULATION CONCERNING FILING OF RESPONSIVE PLEADING

The above stipulation is approved and Trojan shall have until March 31, 2016, to file a responsive pleading to Plaintiff's complaint.

IT IS SO ORDERED.

Dated: _____

Honorable Beth Labson Freeman
United States District Court Judge

HEFNER, STARK & MAROIS, LLP
Sacramento, California

Williams v. Experian Information Solutions, Inc., et al.
Case No.5:15-CV-04623 BLF

2

Stipulation and Order re Response
K:\Trojan Professional Services Inc\Williams v Trojan (7531-0006)\pldg stip re response (second).wpd

**Court:** United States District Court, Central District of California
**Case No.:** 5:15-CV-04623-BLF
**Case Name:** Williams v. Experian Information Solutions, Inc., et al.

# PROOF OF SERVICE

I am a citizen of the United States, employed in the city and county of Sacramento. My business address is 2150 River Plaza Drive, Suite 450, Sacramento, California 95833-3883. I am over the age of 18 years and not a party to the above-entitled action. I am readily familiar with my employer's practices for collection and processing of correspondence for mailing with the United States Postal Service.

On February 11, 2016, I served the following document:

**STIPULATION CONCERNING RESPONSIVE PLEADING AND ORDER THEREON**

__X__   **By Mail** on the interested party in the case above-referenced, by placing a true copy of the above-referenced document(s) enclosed in a sealed envelope, with postage fully prepaid, in the designated area for outgoing mail in accordance with this office's practice whereby the mail is deposited in a U.S. mailbox in the city of Sacramento, California, after the close of the day's business at the address(es) as set forth below.

| | |
|---|---|
| Elliot Wayne Gale<br>Scott Joseph Sagaria<br>Joseph Brian Angelo<br>Scott Matthew Johnson<br>Sagaria Law, P.C.<br>2033 Gateway Place, 5th Fl.<br>San Jose, CA 95110 | *Counsel for Plaintiff*<br>*Jewell Williams* |
| Katherine Elisabeth Carlton Robinson<br>Schuckit Associates PC<br>4545 Northwestern Drive<br>Zionsville, IN 46077 | *Counsel for Defendant*<br>*TransUnion, LLC* |
| Lauren E. Tate<br>Tate & Associates<br>1321 Eighth St., Suite 4<br>Berkeley, CA 94710 | *Co-Counsel for Defendant*<br>*TransUnion, LLC* |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this document was executed on February 11, 2016, at Sacramento, California.

▸ _/s/ Lachmin Singh_
Lachmin Singh

Case No. 15-CV-04623

1

Proof of Service
K:\Trojan Professional Services Inc\Williams v Trojan (7531-0006)\Pleadings\+ pos (to attach).docx

Hefner, Stark & Marois, LLP
Sacramento, CA