Katherine E. Carlton Robinson, Esq.  (IN #31694-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| JEWEL WILLIAMS,<br>           Plaintiff,<br><br>     vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; DESIGNED RECEIVABLE SOLUTIONS, INC.; REGIONAL ACCEPTANCE CORPORATION; TROJAN PROFESSIONAL SERVICES, INC.; RASH CURTIS & ASSOCIATES; and DOES 1 through 100, inclusive;<br>           Defendants. | CASE NO.  5:15-cv-04623-BLF<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY** |

Plaintiff Jewel Williams, by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |  |
| 3 Date: March 1, 2016 | *s/ Elliot Gale (with consent)* |
| 4 | Scott J. Sagaria, Esq. |
|   | Elliot W. Gale, Esq. |
| 5 | Joseph B. Angelo, Esq. |
|   | Scott M. Johnson, Esq. |
| 6 | Sagaria Law, P.C. |
|   | 2033 Gateway Place, 5th Floor |
| 7 | San Jose, CA  95110 |
|   | Telephone:  408-279-2288 |
| 8 | Fax:   408-279-2299 |
|   | E-Mail: sjsagaria@sagarialaw.com |
| 9 |          egale@sagarialaw.com |
|   |          jangelo@sagarialaw.com |
| 10 |          sjohnson@sagarialaw.com |

Counsel for Jewel Williams

Date:  March 1, 2016          *s/ Katherine E. Carlton Robinson*
Katherine E. Carlton Robinson, Esq.
  (IN #31694-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  krobinson@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC ONLY – 5:15-CV-04623-BLF**
Page 2 of 3

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Jewel Williams and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: _____    _____
JUDGE, United States District Court, Northern District of California

DISTRIBUTION TO:

| | |
|---|---|
| Elliot W. Gale, Esq.<br>egale@sagarialaw.com | Alyssa M. Staudinger, Esq.<br>astaudinger@jonesday.com |
| Scott J. Sagaria, Esq.<br>sjsagaria@sagarialaw.com | Scott M. Johnson, Esq.<br>sjohnson@sagarialaw.com |
| Katherine E. Carlton Robinson Esq.<br>krobinson@schuckitlaw.com | Lauren E. Tate, Esq.<br>ltate@tateandassociates-law.com |
| Thomas P. Griffin, Jr.<br>tgriffin@hsmlaw.com | Amanda N. Griffith, Esq.<br>agriffith@ellislawgroup.com |
| Andrew M. Steinheimer, Esq.<br>asteinheimer@ellislawgroup.com | |