1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                   UNITED STATES DISTRICT COURT
9
            NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11
   JEWEL WILLIAMS,                          Federal Case No.: 5:15-CV-04623-BLF
12
               Plaintiff,
13
         vs.                                **STIPULATED REQUEST FOR**
14                                          **DISMISSAL OF DEFENDANT RASH**
   EXPERIAN INFORMATION SOLUTIONS,          **CURTIS & ASSOCIATES; [PROPOSED]**
15 INC.; et. al.,                           **ORDER**

16             Defendants.

17

18 **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

19        IT IS HEREBY STIPULATED by and between plaintiff Jewel Williams and defendant

20 Rash Curtis & Associates, that Rash Curtis & Associates be dismissed from this action with

21 prejudice pursuant to Federal Rules of Civil Procedure 41(a)(2), and that each party shall bear its

22 own attorneys' fees and costs.

23 //

24 //

25 //

26 //

27 //

28
                                                1
   STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT RASH CURTIS & ASSOCIATES; [PROPOSED]
                                          ORDER

| | | |
|---|---|---|
| DATED: March 3, 2016 | Sagaria Law, P.C. | |
| | By: _/s/ Elliot W. Gale_ | |
| | Elliot W. Gale | |
| | Attorneys for Plaintiff | |
| | Jewel Williams | |
| | | |
| DATED: March 3, 2016 | Ellis Law Group | |
| | | |
| | By: _/s/Amanda Griffith_ | |
| | Amanda Griffith | |
| | Attorney for Defendant | |
| | Rash Curtis & Associates | |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Amanda Griffith has concurred in this filing.

_/s/ Elliot Gale_

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Rash Curtis & Associates is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____

Beth L. Freeman
UNITED STATES DISTRICT JUDGE

2
STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT RASH CURTIS & ASSOCIATES; [PROPOSED] ORDER