SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JEWEL WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., <br><br> Defendants. | Case No.: 5:15-CV-04623-BLF <br><br> STIPULATION TO DISMISS DEFENDANT REGIONAL ACCEPTANCE CORPORATION; PROPOSED ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Jewel Williams and defendant Regional Acceptance Corporation, that Regional Acceptance Corporation be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT REGIONAL ACCEPTANCE CORPORATION; PROPOSED ORDER - 1

DATED:  June 17, 2016					Sagaria Law, P.C.

							By:	*/s/ Elliot W. Gale*
								Elliot W. Gale
							Attorneys for Plaintiff
							Jewel Williams


DATED:  June 17, 2016					Troutman Sanders LLP



							By:	*/s/ Jessica Lohr*
								Jessica Lohr
							Attorneys for Defendant
							Regional Acceptance Corporation




I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Jessica Lohr has concurred in this filing.

*/s/ Elliot Gale*


### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Regional Acceptance Corporation is dismissed with prejudice.

IT IS SO ORDERED.


DATED:_____		

						_____
						Beth L. Freeman
						UNITED STATES DISTRICT JUDGE


STIPULATION TO DISMISS DEFENDANT REGIONAL ACCEPTANCE CORPORATION; PROPOSED ORDER - 2