1 | SCOTT J. SAGARIA (SBN 217981)
2 | ELLIOT W. GALE (SBN 263326)
  | JOE ANGELO (SBN 268542)
  | **SAGARIA LAW, P.C.**
3 | 2033 Gateway Place, 6th Floor
  | San Jose, CA 95110
4 | 408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JEWEL WILLIAMS, | Case No.: 5:15-CV-04623-BLF |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT TROJAN PROFESSIONAL SERVICES, INC.; PROPOSED ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Jewel Williams and defendant Trojan Professional Services, Inc., that Trojan Professional Services, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

DATED:  July 13, 2016						Sagaria Law, P.C.

							By:	_/s/ Elliot W. Gale_
								Elliot W. Gale
							Attorneys for Plaintiff
							Jewel Williams


DATED:  July 13, 2016						Hefner Stark & Marois, LLP



							By:	_/s/ Thomas P. Griffin, Jr._
								Thomas P. Griffin, Jr.
								Attorneys for Defendant
								Trojan Professional Services, Inc.



I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Thomas P. Griffin, Jr. has concurred in this filing.

_/s/ Elliot Gale_


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant Trojan Professional Services, Inc. is dismissed with prejudice.

IT IS SO ORDERED.


DATED:_____

						_____
						Beth L. Freeman
						UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT TROJAN PROFESSIONAL SERVICES, INC.; PROPOSED ORDER - 2